UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

RHONA ELAINE CREECH,                    )
                                        )
    Plaintiff,                          )
v.                                      )          No. 6:26-cv-30-REW
                                        )
COMMISSIONER OF SSA,                    )          JUDGMENT
                                        )
    Defendant.                          )
                                        )

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered on this day, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **DENIES** Creech's appeal (DE 1) and inapt motion for summary judgment (DE 9);

2. **AFFIRMS** the Agency's decision under sentence four of 42 U.S.C. § 405(g); and

3. **DIRECTS** the Clerk to strike this matter from the Court's active docket.

This the 21st day of July, 2026.

**Signed By:**

_Robert E. Wier_  REW

**United States District Judge**